# United States District Court

Southern **DISTRICT OF** California

FILED 08 MAY -2 AM 10:41
'08 MJ 1385

NOT FOR PUBLIC VIEW
BY: ___ DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Express Mail Parcel # EH229128304US, addressed to Jonathan Barker, 1218 NW 46th, Okc, OK 73118. The parcel listed the return information of Chavez, 6707 Amherst A, San Diego, CA 92115. | **SEARCH WARRANT**<br><br>CASE NUMBER: |
|---|---|

TO:    Ana L. Flores, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Ana L. Flores    who has reason to
                                                Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Express Mail Parcel # EH229128304US, addressed to Jonathan Barker, 1218 NW 46th, Okc, OK 73118. The parcel listed the return information of Chavez, 6707 Amherst A, San Diego, CA 92115 which is in the custody of the U.S. Postal Inspection Service.

in the Southern    District of California    there is now concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to    _Nita L Stormes_
                                                                                                U. S. Judge or Magistrate
as required by law.

                                                    at    San Diego, CA
Date and Time Issued    _4-29-08 @ 4:30pm_          City and State

                                                           _[signature]_
U. S. Magistrate Judge
Name and Title of Judicial Officer                  Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4-29-08 | 4-30-08  2:30 pm | USPS |

**INVENTORY MADE IN THE PRESENCE OF**
US Postal Inspectors A. Flores and P. Garn

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Mail parcel # EH 229128304 US
Tyvek envelope contained a paper wrapped box which contained a ziploc plastic baggie which contained a green leafy substance which field tested positive for marijuana which weighed approximately 67.0 grams.

A Ceres  4/30/08

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Ana Ceres

Subscribed, sworn to, and returned before me this date.

**NITA L. STORMES**
**U.S. MAGISTRATE JUDGE**
U.S. Judge    Date 5-2-08